UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
AUG 1 7 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

REFUGIA SANTIAGO )
)
Plaintiff )
)
v. ) CIVIL NO. SA-16-CA-529-OG
)
CONN APPLIANCES, INC. )
)
Defendant )

**ORDER**

The Court has entered, simultaneously herewith, its order accepting the parties' stipulation to arbitration. Because this case is being stayed pending completion of arbitration, the case will be administratively closed at this time.

**SIGNED AND ENTERED** this 17 day of August, 2016.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE